448 A.2d 1169

Commonwealth v. Hill a/k/a Hood, Appellant.

Submitted September 9, 1981. Timothy H. Knauer, for appellant; Donald Mancini, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and CIRILLO, JJ.

Order affirmed.